UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONU SONU,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　Respondents. | No. 1:26-cv-00823-DC-JDP (HC)<br><br>ORDER TRANSFERRING MATTER TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

On January 30, 2026, Petitioner, an immigration detainee, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for a temporary restraining order, challenging his detention in U.S. Immigration and Customs Enforcement ("ICE") custody. (Doc. Nos. 1, 2.) In those filings, Petitioner provides conflicting allegations regarding the location of his detention. Petitioner alleges in his petition that he is currently detained at the Adelanto Detention Facility in Adelanto, California. (Doc. No. 1 at 2.) Whereas, in his motion, Petitioner asserts that he is detained in the Mesa Verde Detention Facility in Bakersfield, California. (Doc. No. 2 at 1.)

However, on February 3, 2026, Petitioner filed an amended petition and amended motion for a temporary restraining order[1] in which he consistently represents that he is detained at the Adelanto Detention Facility in Adelanto, California. (Doc. Nos. 6, 7.) Adelanto is located in San

---

[1] The docket entry text for Petitioner's amended motion for a temporary restraining order incorrectly titles the filing as a motion to amend the petition. (Doc. No. 7.)

1  Bernardino County, which is located in an area covered by the United States District Court for the
2  Central District of California. Jurisdiction over this § 2241 petition is proper only in the district of
3  confinement. *See Doe v. Garland*, 109 F.4th 1188, 1197-98 (9th Cir. 2024).
4     Thus, in the interests of justice this action will be transferred to the United States District
5  Court for the Central District of California pursuant to 28 U.S.C. § 1631.
6     Accordingly,
7     1.   This matter is transferred to the United States District Court for the Central District
8          of California; and
9     2.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**February 5, 2026**__                           _____
                                                          Dena Coggins
                                                          United States District Judge

2